UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MZ WALLACE INC.<br>                    Plaintiff,<br><br>          v.<br><br>SUE FULLER, D/B/A THE OLIVER THOMAS, and BLACK DIAMOND GROUP, INC.<br>                    Defendants.<br><br>BLACK DIAMOND GROUP, INC.<br>                    Counterclaim Plaintiff,<br><br>          v.<br><br>MZ WALLACE INC.,<br>                    Counterclaim Defendant. | No. 18 CV 02265 (DLC)<br><br><br><br><br><br>NOTICE OF MOTION IN LIMINE TO PRECLUDE TESTIMONY OF HAL PORET |

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Motion in Limine to Preclude Testimony of Hal Poret, as well as all papers previously submitted in these proceedings, Plaintiff and Counterclaim Defendant MZ Wallace Inc. ("MZ Wallace") will move this Court before the Honorable Denise L. Cote at the United States Courthouse for the Southern District of New York, on a date and time to be designated by the Court, for an Order precluding Hal Poret from offering expert opinion testimony at the trial of this matter.

      PLEASE TAKE FURTHER NOTICE that counsel for MZ Wallace hereby requests oral argument.

-2-

Dated:  November 16, 2018                          **HAND BALDACHIN & ASSOCIATES LLP**

                                           By:   */s/Adam B. Michaels*
                                                  Marc S. Reiner
                                                     mreiner@hballp.com
                                                  Adam B. Michaels
                                                     amichaels@hballp.com
                                                 8 West 40th Street, 12th Floor
                                                 New York, New York 10018
                                                 (212) 956-9500
                                                 Fax: (212) 376-6080

                                                 *Attorneys for Plaintiff and Counterclaim Defendant*
                                                 *MZ Wallace, Inc.*