**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MZ WALLACE INC. <br>       Plaintiff, <br><br>   v. <br><br> SUE FULLER, D/B/A THE OLIVER THOMAS, and BLACK DIAMOND GROUP, INC. <br>       Defendants. | No. 18 CV 02265 (DLC) |
| BLACK DIAMOND GROUP, INC. <br><br>       Counterclaim <br>       Plaintiff, <br><br>   v. <br><br> MZ WALLACE INC., <br><br>       Counterclaim <br>       Defendant. | |

**DIRECT TESTIMONY WITNESS STATEMENT OF SARAH BROACH**

SARAH BROACH, being duly sworn, deposes and says:

1.  I serve as the Director of Communications at MZ Wallace, Inc. ("MZ Wallace") and have held this position since mid-2015.  In addition to my work at MZ Wallace, I am a part-time faculty member at Parsons School of Design.  Since 2012, I have taught Professional Practice and Design in Fashion Systems to students in the Parsons Fashion Design and Society MFA Program.

2.      Prior to working with MZ Wallace, I spent 15 years in public relations and marketing for luxury brands such as Paul Smith, Patrick Cox, Patrick Robinson and Dolce & Gabbana.

3.      At MZ Wallace, I report to Kevin Mogyoros.  MZ Wallace's social media manager, Molly Lucas, MZ Wallace's Public Relations manager Melanie Kimmelman, and copywriter Rebecca Daly report to me.

4.      As Director of Communications at MZ Wallace, I am responsible for building strategy for MZ Wallace's customer facing marketing, public relations and corporate messaging.

5.      Customer facing marketing refers primarily to MZ Wallace's programmatic advertising, *i.e.*, digital ads served to a particular type of customer or potential customer on the internet based on their satisfaction of certain criteria.  MZ Wallace generally does not advertise in traditional print media, although it has on several occasions in the past, such as in the Frieze Art Fair catalog books.

6.      MZ Wallace targets its programmatic advertising to potential consumers in two general fashions.  First, it targets its ads to individuals who would appreciate and purchase the products of MZ Wallace's competitors as well as to individuals who share the lifestyle of brand that may not technically be competitors to MZ Wallace.  Second, it targets its ads towards people who live in the top urban areas in the United States, including San Francisco, Chicago, Los Angeles, Dallas, Miami, Boston, New York and the Northeast generally.  MZ Wallace does not target its programmatic advertising by gender or age.  And while MZ Wallace does not typically target based on income, it has in the past.

7.      Since 2013, MZ Wallace's programmatic advertising has promoted products bearing the MZ Wallace Trade Dress on various online platforms, including traditional internet web pages, Facebook and Instagram.  MZ Wallace started advertising on Facebook in 2015 and Instagram in 2016.  Between 2014 and 2018, MZ Wallace has spent $2,268,926 on digital advertising.  Much of MZ Wallace's advertising features images of entire bags that incorporate the MZ Wallace Trade Dress.  The 633 images comprising MZ Wallace's digital advertising and which feature the MZ Wallace Trade Dress from 2013 to 2018 are collected and submitted as Pl. Ex. 53 –  Pl. Ex.  58.  Since 2010, MZ Wallace's digital advertising has resulted in over 200 million impressions and 2.76 million clicks.  Pl. Ex. 85.

8.      Some of MZ Wallace's online advertisements were designed to remedy a particular marketing issue that MZ Wallace faced.  Starting around 2015, MZ Wallace came to understand that potential customers, although familiar with the unique over-all quilted look of MZ Wallace's nylon bags and able to recognize those bags as coming from one particular source, did not actually know the name "MZ Wallace."  To remedy this, MZ Wallace began to run digital advertising featuring just the words MZ Wallace (and sometimes "Shop Now") superimposed over a cropped image of nylon fabric bearing only the quilted Trade Dress. These ad images did not depict any MZ Wallace bag or even give indication what sort of product MZ Wallace sold.







To state the obvious, this advertising would not have made sense if potential customers did not already associate the MZ Wallace Trade Dress with MZ Wallace's products, even if they did not know the name MZ Wallace.

9.      MZ Wallace's marketing also takes the form of email campaigns.  Since 2010, MZ Wallace has promoted its products, including products bearing the trade dress, by way of email marketing campaigns delivered to MZ Wallace's email subscriber list.  As of 11/15/18, 387,177 people have signed up to receive MZ Wallace promotional emails.  Those subscribers include defendant Sue Fuller (subscribed July 16, 2017) , Black Diamond CEO Alan Lunder (subscribed July 31, 2017), and Black Diamond sales representative Carrie Hall (subscribed November 3, 2015).  In January 2015, MZ Wallace introduced an MZ Wallace rewards program that allows frequent purchasers of MZ Wallace products to earn points that could be used towards future purchases.  As of November 15, 2018, 59,149 have signed up for the rewards program, including Mr. Lunder, who signed up on May 17, 2018.

10.      Between October 21, 2010 and September 9, 2018, MZ Wallace delivered 42,477,076 promotional emails, resulting in 10,067,343 unique opens.  The average click through rate on these emails (*i.e.*, the percentage of recipients who click on the link inside the email) is 5.91%.  Pl. Ex. 84.  Industry average click through rate is between 1.5 and 2.5%.

11.      Printouts of the 526 email promotional campaigns MZ Wallace has sent to its subscribers from 2012 through 8/30/2018 promoting MZ Wallace bags embodying the quilted trade dress are set forth at Pl. Ex. 60 - Pl. Ex.  66.

## B.      <u>Social Media Marketing</u>

12.      In addition to digital advertising on Instagram and Facebook, MZ Wallace's Instagram and Facebook pages themselves play a significant role in promoting MZ Wallace's products, including those bearing the MZ Wallace Dress.

13.     MZ Wallace's Instagram account dates to July 31, 2011 and MZ Wallace has  consistently used its account to promote MZ Wallace, its products, the MZ Wallace Trade Dress and complement MZ Wallace's other marketing and promotional efforts.  The header of MZ Wallace's Instagram page as of October 2018 shows the MZ Wallace Trade Dress used as the design element for the various buttons associated with MZ Wallace's Instagram stories.



14.     MZ Wallace's 2,131 Instagram posts from inception through September 7, 2018, the overwhelming majority depicting MZ Wallace products bearing the MZ Wallace Trade Dress, are set forth and submitted at Pl. Ex. 156.

15.     Compared to Instagram, MZ Wallace uses Facebook more for brand education than customer engagement, but nevertheless considers Facebook an important tool to promote its products and the quilted trade dress.  For example, for Halloween 2018, MZ Wallace posted an image on Facebook depicting the MZ Wallace Trade Dress on a Jack-O-Lantern.



16.     Like many companies, MZ Wallace partners with social media influencers to promote MZ Wallace products on social media platforms such as Instagram.  Under the typical influencer arrangement, MZ Wallace enters into an influencer marketing agreement with an individual that has a substantial social media following (typically greater than 15,000 followers) under which the individual agrees to post content about MZ Wallace on social media. MZ Wallace has employed influencer marketing since 2015.  To date, MZ Wallace has worked with a total of 240 influencers.

17.     Of course, not everyone who mentions MZ Wallace on social media channels is an influencer that MZ Wallace has paid to do so.  MZ Wallace receives significant mentions on social media, both from customers who love MZ Wallace products and from boutiques who sell our product.  A catalog of MZ Wallace social media mentions from

September 11, 2017 to September 10, 2018 is set forth in Pl. Ex. 78  and printouts of those

mentions are set forth in Pl. Ex. 388

       18.     Since Oliver Thomas launched, we have seen several instances on social

media in which people have confused MZ Wallace products with Oliver Thomas products.

       19.     On July 7, 2018, for example, Instagram user @taza posted the below

image of herself carrying a yellow Metro Tote while crossing Central Park West.



Instagram user @charlottemcelroy commented "I spy @theoliverthomas☺." Defendants then

commented from their @theoliverthomas account: "Beautiful family. Some family nights need to

go past bedtime."  Ultimately, MZ Wallace commented to correct the confusion:

"@charlottemcelroy it's actually our bag!"  Pl. Ex. 141.

       20.     In August 2018, Instagram user @sambacow posted on the Oliver Thomas

Instagram page "I'm confused, why are you modeling MZ Wallace bags in your photo? I'd love

to see your original designs, heard they're awesome."



21.    In October 2018, Instagram user @travlwithmee posted on the MZ

Wallace Instagram page "@mzwallace – is Oliver Thomas your subbrand or a knock off"



https://www.instagram.com/p/BpM-eAslVcd/

22.     In August 2018, MZ Wallace posted on its Instagram page an image of the underside of a Metro Tote along with the text "Keep it real. To spot an authentic MZ Wallace, look for the leather diamond logo that comes on every single one of our Metro Totes."



The reason for this post was Oliver Thomas's sale of what we consider fake MZ Wallace bags. We wanted to ensure that potential MZ Wallace customers were not duped into buying Oliver Thomas thinking it was MZ Wallace.  We say "Keep it real" in this post.  Oliver Thomas has used the tagline "Let's be real" in its promotional activity.

C.    **Media Coverage**

23.    Over the years, MZ Wallace and its products have received significant press coverage in traditional and online media and since 2014, corresponding with the phenomenal success that MZ Wallace has enjoyed with the Metro Tote, the overwhelming majority of this press has featured MZ Wallace products bearing the MZ Wallace trade dress.  A non-exhaustive list of the press that MZ Wallace has received since 2014 in which products bearing the MZ Wallace Trade Dress have been featured is set forth below.

| Pl. Ex. | Date | Publication | MZW Product |
|---|---|---|---|
| 117 | 11/20/2013 | Cool Spotters | Metro Tote |
| 71 | 00/00/2014 | Self | Metro Tote |
| 71 | 03/25/2014 | More | Metro Tote |
| 71 | 04/01/2014 | More | Metro Tote |
| 114 | 04/16/2014 | Who What Wear | Metro Tote |
| 71 | 05/26/2014 | Us Weekly | Sutton |
| 151 | 05/28/2014 | Guest of A Guest | Metro Tote |
| 71 | 07/25/2014 | Vogue | Metro Tote |
| 71 | 09/14/2014 | Real Simple | Metro Tote |
| 71 | 09/21/2014 | The Wall Street Journal | Metro Tote |
| 71 | 09/22/2014 | The Wall Street Journal | Metro Tote |
| 127 | 09/23/2014 | Artnet | Metro Tote |
| 115 | 09/29/2014 | Harpers Bazaar | Metro Tote |
| 71 | 10/02/2014 | Style List | Metro Tote |
| 104 | 10/10/2014 | Self | Sutton |
| 71 | 11/10/2014 | Du Jour | Metro Tote |
| 71 | 11/13/2014 | New York Observer | Metro Tote |
| 71 | 12/05/2014 | Huffington Post | Metro Tote |
| 72 | 00/00/2015 | Glamour | Metro Tote |
| 72 | 00/00/2015 | New York Times | Metro Tote |
| 72 | 01/26/2015 | Matchbook | Metro Tote |

| 72 | 01/26/2015 | Teddi Set Go | Metro Tote |
|---|---|---|---|
| 131 | 01/26/2015 | Forbes | Metro Tote |
| 72 | 02/13/2015 | Skinny Mom | Metro Tote |
| 72 | 03/00/2015 | Womens Health | Metro Tote |
| 101 | 03/11/2015 | Furthermore | Metro Tote |
| 125 | 04/03/2015 | AARP Blog | Metro Tote |
| 72 | 04/06/2015 | Shape | Metro Tote, Cosmetics Bag, Laptop Case |
| 72 | 04/06/2015 | Whitewall | Metro Tote, Cosmetics Bag, Laptop Case |
| 72 | 04/22/2015 | InStyle | Metro Tote |
| 136 | 04/22/2015 | Instyle | Metro Tote, Computer Case, and Cosmetics Bag |
| 143 | 04/22/2015 | Food52 | Metro Tote |
| 72 | 04/24/2015 | Huffington Post Travel | Metro Tote |
| 72 | 06/05/2015 | Lucky Shops | Metro Backpack |
| 128 | 08/16/2015 | Boston Globe | Metro Backpack |
| 72 | 09/09/2015 | Confessions of a Cookbook Queen | Metro Tote |
| 72 | 09/11/2015 | Equinox | Metro Backpack |
| 72 | 10/01/2015 | Self | Metro Backpack |
| 72 | 10/13/2015 | Health | Metro Tote |
| 72 | 10/13/2015 | Well Rounded NY | Metro Tote |
| 72 | 11/00/2015 | Health | Metro Tote |
| 72 | 11/02/2015 | Food and Wine | Metro Backpack |
| 146 | 11/06/2015 | Dailymail | Metro Tote |
| 72 | 11/27/2015 | Daily Burn | Metro Tote |
| 72 | 12/01/2015 | Shapes | Metro Tote |
| 72 | 12/10/2015 | WWD | Sutton |
| 72 | 12/14/2015 | Huffington Post Style | Metro Tote |
| 72 | 12/14/2015 | Self | Metro Tote |
| 91 | 12/23/2015 | Shape | Metro Tote |
| 73 | 01/01/2016 | Oprah | Matt Bag |
| 73 | 01/13/2016 | About | Matt Bag |
| 73 | 01/23/2016 | Us Weekly | Metro Tote |
| 120 | 01/25/2016 | Purse Blog | Metro Tote |
| 96 | 01/26/2016 | Lauren Conrad Blog | Sutton |
| 73 | 01/27/2016 | Starstyle | Metro Tote |
| 73 | 02/01/2016 | Cosmopolitan | Metro Backpack |
| 73 | 02/01/2016 | HI Luxury | Sutton |

| 73 | 02/01/2016 | Mens Fitness | Metro Tote |
|---|---|---|---|
| 73 | 02/01/2016 | Newsday | Metro Tote |
| 73 | 02/15/2016 | Accessories Magazine | Sutton |
| 73 | 03/01/2016 | Ala Moana | Sutton |
| 73 | 03/01/2016 | Self | Metro Tote |
| 73 | 03/01/2016 | Women's Health | Metro Tote |
| 73 | 03/03/2016 | Washingtonian | Sutton |
| 133 | 03/07/2016 | Health | Metro Tote |
| 73 | 03/08/2016 | Health | Metro Tote |
| 73 | 03/10/2016 | Flare | Metro Tote |
| 73 | 03/22/2016 | Instyle | Sutton, Metro Tote, Metro Backpack, Wallet |
| 73 | 03/30/2016 | The New York Times | Matt Bag |
| 73 | 03/31/2016 | The New York Times | Matt Bag |
| 73 | 04/01/2016 | People | Sutton |
| 73 | 04/11/2016 | Star | Metro Tote |
| 138 | 04/18/2016 | Marie Claire | Metro Backpack |
| 73 | 04/26/2016 | Accessories Magazine | Sutton |
| 73 | 04/29/2016 | Fox News | Metro Tote |
| 73 | 05/05/2016 | Fab Fit Fun | Metro Tote |
| 73 | 05/12/2016 | US Weekly | Metro Tote |
| 73 | 05/23/2016 | Vogue | Metro Tote |
| 116 | 06/02/2016 | Vogue | Crosby |
| 73 | 06/20/2016 | Ok Magazine | Metro Backpack |
| 73 | 07/06/2016 | The Times (London) | Metro Tote |
| 73 | 07/10/2016 | San Francisco Chronicle | Metro Tote |
| 73 | 07/15/2016 | Marieclaire | Jim Bag |
| 73 | 07/20/2016 | MSN | Jim Bag |
| 73 | 07/25/2016 | InStyle | Metro Tote |
| 73 | 08/00/2016 | OK! | Metro Tote |
| 73 | 08/01/2016 | Allure | Metro Backpack |
| 73 | 08/10/2016 | The Zoe Report | Metro Tote |
| 95 | 08/16/2016 | Olivia Jeanette | Metro Tote and Crosby Cosmetic Bag |
| 73 | 08/18/2016 | Health | Metro Backpack |
| 73 | 08/30/2016 | Instyle | Metro Tote |
| 154 | 08/31/2016 | Popsugar | Metro Tote |
| 73 | 09/28/2016 | Boston Magazine | Metro Tote |
| 73 | 10/01/2016 | Scottsdale Health | Matt Bag |
| 73 | 11/01/2016 | Accessories Magazine | Metro Backpack |
| 73 | 11/02/2016 | Bon Traveler | Metro Tote |

| 73 | 11/08/2016 | Well + Good | Metro Tote |
|---|---|---|---|
| 86 | 11/15/2016 | Brit + Co | Metro Backpack |
| 73 | 11/21/2016 | Ok!Weekly | Metro Tote |
| 142 | 11/21/2016 | Haute Off The Rack | Metro Backpack |
| 73 | 11/23/2016 | Muscle & Fitness | Metro Backpack |
| 73 | 11/28/2016 | Star Magazine | Metro Backpack |
| 74 | 00/00/2017 | Atelier Dore | Metro Tote |
| 74 | 00/00/2017 | InStyle | Metro Tote |
| 74 | 00/00/2017 | Key Biscayne Magazine | Metro Tote |
| 74 | 00/00/2017 | Teen Vogue | Sutton |
| 74 | 00/00/2017 | Womens Health | Metro Tote |
| 74 | 01/00/2017 | Essence | Matt Bag |
| 73 | 01/01/2017 | Essence | Matt Bag |
| 74 | 01/01/2017 | Delaware Today | Metro Tote |
| 74 | 01/03/2017 | Health | Metro Tote |
| 74 | 01/03/2017 | Yahoo News | Metro Tote |
| 73 | 01/09/2017 | OK! | Metro Tote |
| 74 | 01/10/2017 | The Strategist | Metro Tote |
| 92 | 01/10/2017 | New York Magazine | Metro Tote |
| 74 | 01/14/2017 | SELF | Metro Backpack |
| 74 | 01/17/2017 | Health | Metro Tote |
| 74 | 01/26/2017 | AOL | Metro Backpack |
| 74 | 02/04/2017 | Toronto Star | Metro Tote |
| 74 | 02/08/2017 | Garance Dore | Metro Tote |
| 74 | 02/09/2017 | Business Insider | Metro Tote |
| 74 | 02/23/2017 | IronMan Magazine | Sutton |
| 74 | 02/27/2017 | OK! | Metro Tote |
| 74 | 03/15/2017 | Business Insider | Metro Tote |
| 74 | 04/01/2017 | Cookies and Cups | Metro Tote |
| 74 | 04/02/2017 | Kansas City Star | Metro Tote |
| 74 | 04/17/2017 | L'Officiel Germany | Matt Bag |
| 74 | 05/00/2017 | Daily Mom | Metro Tote |
| 74 | 05/01/2017 | Palm Beach Illustrated | Metro Tote |
| 74 | 05/08/2017 | Chase For Business | Crosby, Metro Backpack, Metro Tote, Sutton |
| 74 | 05/15/2017 | Accessories Magazine | Sutton |
| 74 | 05/16/2017 | Pop Sugar | Metro Backpack |
| 74 | 05/22/2017 | OK! | Metro Tote |
| 98 | 05/29/2017 | A Piece of Elise | Crosby |
| 74 | 05/31/2017 | WWD | Metro Tote |
| 74 | 06/02/2017 | Buzzfeed | Metro Backpack |

| 74 | 06/07/2017 | Palm Beach Illustrated | Metro Tote |
|---|---|---|---|
| 74 | 06/08/2017 | Well+Good | Metro Tote |
| 74 | 06/15/2017 | Forbes | Crosby, Metro Backpack, Metro Tote, Sutton |
| 74 | 06/19/2017 | People | Metro Tote |
| 74 | 06/23/2017 | Elle | Metro Tote |
| 74 | 06/26/2017 | Elle | Metro Tote |
| 74 | 07/01/2017 | Macon Magazine | Metro Tote |
| 74 | 07/14/2017 | People | Metro Tote |
| 74 | 07/24/2017 | Star | Jim Bag |
| 74 | 08/21/2017 | Star | Metro Backpack |
| 74 | 08/25/2017 | Life in Leggings | Metro Backpack |
| 74 | 08/25/2017 | Fashionista | Metro Backpack |
| 74 | 09/00/2017 | Womens Health | Metro Backpack |
| 124 | 09/15/2017 | Women's Health | Metro Backpack |
| 152 | 09/15/2017 | Health | Jim Bag |
| 74 | 09/23/2017 | In Style | Jim Bag |
| 74 | 10/01/2017 | Health | Jim Bag |
| 157 | 10/04/2017 | Architectural Digest | Green Camo Bags |
| 88 | 10/10/2017 | Women's Health | Metro Tote |
| 90 | 10/13/2017 | New York Times | Metro Tote |
| 74 | 10/19/2017 | Women's Health | Metro Tote |
| 74 | 10/23/2017 | Business Insider | Metro Tote |
| 74 | 10/24/2017 | Forbes | Brand generally |
| 87 | 10/24/2017 | Essence | Metro Tote |
| 74 | 11/00/2017 | Atelier Dore | Metro Tote |
| 121 | 11/02/2017 | Well + Good | Metro Backpack |
| 74 | 11/08/2017 | Marie Claire.pdf | Matt Bag |
| 74 | 11/08/2017 | Health | Metro Backpack |
| 74 | 11/16/2017 | Well + Good | Metro Backpack |
| 126 | 11/27/2017 | Architectural Digest | Metro Tote |
| 140 | 11/28/2017 | Marie Claire | Matt Bag |
| 74 | 11/30/2017 | Architectural Digest | Metro Tote |
| 74 | 12/06/2017 | Star | Metro Tote |
| 74 | 12/08/2017 | Baltimore Magazine | Metro Backpack |
| 74 | 12/11/2017 | Gotham | Metro Tote |
| 74 | 12/11/2017 | LA Confidential | Metro Tote |
| 74 | 12/21/2017 | People | Flat Pouch |
| 155 | 12/22/2017 | Popsugar | Matt Bag |
| 74 | 12/28/2017 | OK | Matt Bag |
| 150 | 12/30/2017 | Slate | Metro Tote |

| 75 | 01/01/2018 | Bergen Health & Life | Metro Tote |
|---|---|---|---|
| 75 | 01/01/2018 | Oprah | Jimmy Bag |
| 75 | 01/01/2018 | San Diego Magazine | Metro Backpack |
| 75 | 01/04/2018 | Well+Good | Metro Tote |
| 75 | 01/08/2018 | Star | Metro Tote |
| 75 | 01/16/2018 | In Style | Sutton |
| 134 | 01/22/2018 | Instyle | Metro Tote |
| 75 | 01/26/2018 | Gotham | Metro Tote |
| 99 | 01/31/2018 | A Piece of Elise | Metro Tote and Jim Bag |
| 75 | 02/01/2018 | Marth Stewart Living | Metro Tote |
| 75 | 02/01/2018 | Oprah Valentine's | Metro Pouch |
| 75 | 02/04/2018 | PopSugar | Metro Tote |
| 75 | 02/05/2018 | Men's Health | Matt Bag |
| 75 | 02/12/2018 | World Bride | Metro Tote |
| 111 | 02/21/2018 | Health | Metro Tote |
| 75 | 02/24/2018 | Travel+Leisure | Metro Tote |
| 75 | 03/01/2018 | Health&Life | Metro Tote |
| 97 | 03/02/2018 | Very Well Fit | Matt Bag |
| 137 | 03/09/2018 | LA Confidential | Jim Bag |
| 75 | 03/28/2018 | PopSugar | Metro Tote |
| 75 | 04/01/2018 | Simply Buckhead | Crosby Backpack |
| 108 | 04/10/2018 | Popsugar | Metro Tote |
| 75 | 04/12/2018 | People | Crosby Traveler |
| 75 | 04/13/2018 | Shape | Metro Tote |
| 75 | 04/20/2018 | Furthermore | Metro Tote |
| 75 | 04/23/2018 | USWeekly | Metro Pouch |
| 75 | 04/30/2018 | OK! | Metro Tote |
| 75 | 05/07/2018 | Glam | Metro Tote |
| 75 | 05/10/2018 | Fast Company | Crosby Traveler |
| 75 | 05/10/2018 | Women's Health | Metro Tote |
| 109 | 05/21/2018 | Prevention | Metro Tote |
| 103 | 05/22/2018 | Kristy Wicks | Metro Tote, Sutton, Crosby Traveler, and Crosby |
| 75 | 05/30/2018 | Cheddar TV | Metro Tote |
| 75 | 06/07/2018 | Palm Beach Illustrated | Metro Tote |
| 75 | 06/13/2018 | Man Repeller | Metro Tote |
| 75 | 06/18/2018 | Health | Metro Pouch |
| 75 | 06/21/2018 | Marie Claire | Metro Backpack |
| 148 | 06/26/2018 | New York Magazine | Metro Tote |
| 75 | 06/27/2018 | Cookies and Cups | Metro Tote |

| 107 | 07/03/2018 | Popsugar | Metro Tote |
|-----|------------|----------|------------|
| 75 | 07/05/2018 | Vogue | Matt Bag |
| 75 | 07/05/2018 | Yahoo | Matt Bag |
| 141 | 07/07/2018 | Instagram | Metro Tote |
| 75 | 07/17/2018 | Shape | Matt Bag |
| 75 | 07/18/2018 | Us Weekly | Metro Backpack |
| 75 | 07/30/2018 | NY Magazine | Crosby Traveler |
| 75 | 08/01/2018 | RED Magazine | Metro Tote |
| 75 | 08/10/2018 | Self | Metro Backpack |
| 75 | 08/16/2018 | Nylon | Metro Backpack |
| 75 | 08/21/2018 | Fashion Magazine | Metro Tote |
| 75 | 09/00/2018 | Cosmo | Metro Tote |
| 413 | 10/24/2018 | Glamour | Metro Tote |
| 412 | 11/01/2018 | Well+Good | Metro Tote |
| 411 | 11/05/2018 | Vogue | Metro Tote |
| 410 | 11/09/2018 | Coveteur | Metro Tote |
| 409 | 11/15/2018 | Entrepreneur | Metro Tote |

24.     In addition to the above press, MZ Wallace bags bearing the MZ Wallace trade dress are frequently included in product roundups, where they are praised as the best bag for a particular occasion.  A non-exhaustive list of the product roundups since January 2017 that have featured MZ Wallace products bearing the MZ Wallace Trade Dress is set forth below:

| Date | Title | Publication | URL | Product |
|------|-------|-------------|-----|---------|
| 11/6/18 | Where to Shop the Luggage Your Favorite Celebs Are Always Traveling With | People | https://people.com/home/celebrity-travel-bags-and-suitcases/ | Metro Tote |
| 11/6/18 | 28 Fitness Gifts For Your Friend Who Only Wears Black | Pop Sugar | https://www.popsugar.com/fitness/Black-Workout-Gifts-44208903?stream_view=1#photo-44208905 | Matt Bag |
| 11/6/18 | 10 Best Gym Bags That Are as Stylish as You | Prevention | https://www.prevention.com/fitness/a20512342/best-gym-bags-for-women/ | Metro Tote |
| 11/6/18 | The 8 best tote bags for travelling | IOL South Africa | https://www.iol.co.za/travel/travel-tips/the-8-best-tote-bags-for-travelling- | Metro Tote |

| | | | 17792573 | |
|---|---|---|---|---|
| 11/2/18 | The Best Tote Bags to Bring on a Flight | Conde Nast Traveler | https://www.cntraveler.com/gallery/the-best-tote-bags-to-bring-on-a-flight | Metro Tote |
| 10/19/18 | The 8 Best Yoga Mat Bags to Buy in 2018 | Very Well Fit | https://www.verywellfit.com/best-yoga-mat-bags-4159770 | Matt Bag |
| 10/10/18 | New This Week, Under $250 | New York Times | https://www.nytimes.com/2018/10/10/style/retail-new-this-week-under-250.html | Metro Tote |
| 10/5/18 | 10 Stylish Gym Bags You Won't Be Embarrassed to Bring to Work | Health | https://www.health.com/style/best-gym-bags-for-women | Metro Tote |
| 10/2/18 | The 13 Best Gym Bags For Women | Women's Health Magazine | https://www.womenshealthmag.com/fitness/a19964726/gym-bags/ | Metro Tote |
| 9/20/18 | The 15 Best Tote Bags for All Your Travel Needs | Travel + Leisure | https://www.travelandleisure.com/style/travel-bags/best-travel-tote-bags | Metro Tote |
| 9/18/18 | The essential gym bag roundup | Time Out | https://www.timeout.com/usa/shopping/best-gym-bags | Metro Tote |
| 9/4/18 | The Best Work Bags for Every Career Woman's Budget | Swirled | https://swirled.com/best-bags-for-work/ | Metro Tote |
| 8/31/18 | Travel in Style This Labor Day Weekend | Elite Traveler | https://www.elitetraveler.com/features/143945 | 13" Computer Case |
| 8/12/18 | The 7 Bes Work Bags for Women to Buy in 2018 | The Balance Small Business | https://www.thebalancesmb.com/best-work-bags-for-women-4171268 | Metro Tote |
| 8/10/18 | 16 Cute Backpacks That Won't Make You Look Like You're Going Back to School | Self | https://www.self.com/gallery/cute-backpacks | Metro Backpack |
| 7/30/18 | The Best Diaper Bags (That Aren't Actually Diaper Bags), According to Moms | New York Magazine (The Strategist) | http://nymag.com/strategist/article/best-diaper-bags.html | Crosby Traveller |
| 7/24/18 | 21 Weekender Bags Travel Pros | Reader's Digest | https://www.rd.com/advice/travel/weekender-bags/ | Jim Bag |

| | Swear By | | | |
|---|---|---|---|---|
| 7/18/18 | Camouflage Workout Clothes That Will Make You Feel Tough AF | Shape | https://www.shape.com/fitness/clothes/camouflage-workout-clothes-that-will-make-you-feel-tough-af | Matt Bag |
| 7/6/18 | 7 work bags that will keep your life organized | Fast Company | https://www.fastcompany.com/40578204/7-work-bags-that-will-keep-your-life-organized | Crosby Tote |
| 7/5/18 | The Best Clothes to Work Out (and Sweat) in All Summer | Vogue | https://www.vogue.com/article/summer-work-out-clothes-shopping-guide | Matt Bag |
| 7/3/18 | Time to Replace Your Old Tote With One of These Cute Gym Bags | Pop Sugar | https://www.popsugar.com.au/fitness/photo-gallery/45009140/image/45009138/MZ-Wallace-Medium-Metro-Tote | Metro Tote |
| 6/26/18 | What Is The Best Work Bag for Women? | New York Magazine (The Strategist) | http://nymag.com/strategist/article/best-work-bags-for-women.html | Metro Tote |
| 6/20/18 | 12 Backpacks That Will Make You Rethink Your Go-To Bag | Marie Claire | https://www.marieclaire.com/fashion/g21349082/best-backpacks-for-women/ | Metro Backpack |
| 6/3/18 | Hitting the gym this summer? Invest in one of the new season sports bags | Malay Mail | https://www.malaymail.com/s/1637781/hitting-the-gym-this-summer-invest-in-one-of-the-new-season-sports-bags | Metro Tote |
| 5/11/18 | It's In The Tote, Baby! | Key Biscayne Magazine | http://keybiscaynemag.com/its-in-the-tote-baby/ | Metro Tote |
| 5/10/18 | 6 Carry-On Bags That Will Make Business Trips Less Stressful | Fast Company | https://www.fastcompany.com/40565410/five-carry-on-bags-that-will-make-business-trips-less-stressful | Crosby Traveler |
| 5/7/18 | 8 Last Minute Gift Ideas All Moms Will Appreciate | Glam | https://www.glam.com/8-last-minute-mothers-day-gifts/ | Metro Tote |
| 4/20/18 | Elevated Carry-On Essentials | Furthermore from Equinox | https://furthermore.equinox.com/articles/2018/04/carry-on-essentials | Metro Tote |
| 4/12/18 | 10 Perfect Baby | People | https://people.com/royals/ | Crosby Traveler |

| | Gifts We'd Get Kate Middleton (If We Were Invited to Her Baby Shower!) | | 10-perfect-baby-gifts-wed-get-kate-middleton-if-we-were-invited-to-her-baby-shower/a-chic-diaper-bag | |
|---|---|---|---|---|
| 3/9/18 | 8 Stylish Fitness Accessories That Are Fun & Functional | Los Angeles Confidential | https://la-confidential-magazine.com/stylish-fitness-accessories | Jim Bag |
| 3/4/18 | 10 Insanely Cute Gym Bags That Will Motivate You to Get Out of the House | Pop Sugar | https://www.popsugar.com/fitness/Cute-Gym-Bags-2018-44544703?stream_view=1#photo-44544859 | Metro Tote |
| 2/11/18 | What To Wear For That Valentine's Day Proposal | World Bride Magazine | http://worldbridemagazine.com/15672/wear-valentines-day-proposal/ | Metro Tote |
| 2/5/18 | 10 Fitness-Themed Valentine's Day Gifts She'll Absolutely Love | Men's Health | https://www.menshealth.com/fitness/a19547098/valentines-day-fitness-gifts-for-her/ | Matt Bag |
| 1/23/18 | 26 things we always pack when we travel | Business Insider | https://www.businessinsider.com/travel-packing-list-must-haves-2017-1 | Metro Tote |
| 1/22/18 | 11 Editor-Approved Items That Will Transform Your New Year | InStyle | https://www.instyle.com/lifestyle/best-editor-tested-products | Metro Tote |
| 1/12/18 | 11 Fitness Fashion Finds for the New Year | San Diego Magazine | https://www.sandiegomagazine.com/San-Diego-Magazine/January-2018/11-Fitness-Fashion-Finds-for-the-New-Year/ | Metro Backpack |
| 1/10/18 | Self-Care With Taryn Toomey of The Class | Martha Stewart | https://www.marthastewart.com/1524650/taryn-toomey-the-class | Metro Tote |
| 12/30/17 | The Best Gym Bags | Slate | https://slate.com/human-interest/2017/12/the-best-gym-bags-according-to-experts.html | Metro Tote |
| 12/12/17 | 50 Under $50: Your Ultimate Memphis Holiday Gift Guide | Style Blueprint | https://styleblueprint.com/memphis/everyday/holiday-gift-guide-memphis/ | Cosmetic Bag |
| 12/8/17 | Gifts For Every | Gotham | https://gotham- | Metro Tote |

|  | Person On Your Holiday Shopping List |  | magazine.com/gifts-for-everyone-on-your-list |  |
|---|---|---|---|---|
| 12/6/17 | Home shopping guide, holiday edition | Curbed | https://www.curbed.com/2017/6/27/15771550/best-home-goods-shopping-advice | Metro Tote |
| 11/28/17 | Gift Guide! The Travel Edit | Atelier Dore | http://www.atelierdore.com/theminis/gift-guide-the-travel-edit/ | Metro Tote |
| 11/27/17 | 13 Luxury Gifts for the Really Special People in Your Life | Architectural Digest (Clever) | https://www.architecturaldigest.com/story/luxury-gifts-for-really-special-people | Metro Tote |
| 11/16/17 | Healthy Holiday Gift Guide: What to Get the Fitness Fanatic on Your List | Well + Good | https://www.wellandgood.com/good-sweat/healthy-holiday-gift-guide-fitness-fanatic/ | Metro Backpack |
| 11/8/17 | 12 Fitness Gifts That Definitely Won't Get Tossed in a Corner or Draped with Clothes | Marie Claire | https://www.marieclaire.com/health-fitness/g13444125/best-fitness-gifts/ | Matt Bag |
| 11/2/17 | Take A Load Off with One of These 16 Cool Backpacks that Double As Gym Bags | Well + Good | https://www.wellandgood.com/good-looks/cool-backpack-gym-bags-fall-2017/ | Metro Tote |
| 10/19/17 | The Best Tote Bags Built to Really Lug Your Stuff | Women's Health Magazine | https://www.womenshealthmag.com/style/a19950758/best-tote-bags/ | Metro Tote |
| 10/13/17 | 6 Things T's Editors Like Right Now | The New York Times Style Magazine | https://www.nytimes.com/2017/10/13/t-magazine/ibu-movement-follain-editors-picks.html | Metro Tote |
| 9/15/17 | 11 Stylish Backpacks You'll Actually Want to Wear | Women's Health Magazine | https://www.womenshealthmag.com/style/a19932940/travel-backpacks-for-women/ | Metro Backpack |
| 9/15/17 | 5 Black Gym Bags That Are Cute Enough to Carry | Health | https://www.health.com/style/black-gym-bags | Jim Bag |

| | Everywhere | | | |
|---|---|---|---|---|
| 7/14/17 | 17 Weekend Bags to Take You Wherever You're Going This Summer in Style | People | https://people.com/style/shopping-buy-it-now-the-perfect-weekend-bag/ | Metro Tote |
| 6/23/17 | The Perfect: Way to Pack | Elle | https://www.elle.com/life-love/g30009/the-perfect-way-to-pack/ | Metro Tote |
| 6/22/17 | Royal Style on Your Budget! Shop the Affordable Pieces Royals Love | People | https://people.com/royals/cheap-royal-style-princess-kate-princess-sofia/ | Metro Tote |
| 6/20/17 | Battle Ready: These pieces provide just the edge you need to take your workouts to the next level. | Furthermore from Equinox | https://furthermore.equinox.com/articles/2017/06/battle-ready-camo | Matt Bag |
| 6/13/17 | Best Gym Bags That Double As Weekend Duffles | Teen Vogue | https://www.teenvogue.com/gallery/best-gym-bags-that-double-as-weekend-duffles?verso=true | Large Sutton |
| 6/8/17 | How To Pull Off Taryn Toomey's Super Chic Post-Workout Style | Well + Good | https://www.wellandgood.com/good-looks/studio-to-street-outfit-post-workout-fashion-video-taryn-toomey/ | Metro Tote |
| 6/7/17 | Workout Wonders | Palm Beach Illustrated | https://www.palmbeachillustrated.com/2017/06/07/workout-wonders/ | Metro Tote |
| 6/2/17 | 27 Expensive Purses That Are Actually Worth Your Money | Buzzfeed | https://www.buzzfeed.com/elenamgarcia/expensive-handbags-that-are-totally-worth-the-investment | Metro Backpack |
| 5/17/17 | Trend Finder: Camouflage | Accessories | https://www.accessoriesmagazine.com/trend-finder-camouflage-3/ | Small Sutton |
| 5/16/17 | 13 Backpacks For When You're Traveling With Way Too Much Stuff | Pop Sugar | https://www.popsugar.com/fashion/Best-Backpacks-43540996?stream_view=1#photo-43541016 | Metro Backpack |
| 4/17/17 | Yogis, Rejoice: | Byrdie | https://thethirty.byrdie.co | Matt Bag |

| | These Yoga Accessories Are Actually Chick | | m/stylish-yoga-accessories | |
|---|---|---|---|---|
| 2/23/17 | Reboot your fitness resolution with new gear | The Seattle Times | https://www.seattletimes.com/explore/shop-northwest/reboot-your-fitness-resolution-with-new-gear/ | Metro Yoga Bag |
| 2/23/17 | In The Bag | Iron Man Magazine | https://www.ironmanmagazine.com/in-the-bag/ | Sutton |
| 2/12/17 | The Hip Daddy V-Day Gift Guide. Read It. | Hip Daddy | http://hipdaddy.com/the-hip-daddy-v-day-gift-guide-read-it/ | Metro Tote |
| 1/30/17 | 2017 Travel Style Guide | Accessories Magazine | https://www.accessoriesmagazine.com/travel-2017-style-guide/ | Michael Garment Bag |
| 1/26/17 | 15 of the best backpacks for every occasion | AOL | https://www.aol.com/article/lifestyle/2017/01/26/15-of-the-best-backpacks/21662706/ | Metro Backpack |
| 1/20/17 | The 11 Best Tote Bags for Work (Or, Um, Life) | Bravo TV | http://www.bravotv.com/blogs/totes-bags-best-to-buy | Metro Tote |
| 1/17/17 | 9 Valentine's Day Gifts That Fit Women Actually Want | Health | https://www.health.com/beauty/9-valentines-day-gifts-that-fit-women-actually-want | Metro Tote |
| 1/13/17 | 27 Awesome Gym Bags That Will Motivate You To Work Out | Self | https://www.self.com/gallery/gym-bags-that-motivate | Metro Backpack |
| 1/10/17 | What Are the Best Gym Bags? | New York Magazine (The Strategist) | http://nymag.com/strategist/2017/01/best-gym-bag-for-men-women.html | Metro Tote |
| 1/6/17 | Hilary Picks New Year Gear | What 2 Wear Where | http://what2wearwhere.com/hilary-pick-exer-chic/ | Metro Tote |
| 1/6/17 | 11 Editor-Approved Items That Will Transform Your New Year | InStyle | https://www.instyle.com/lifestyle/best-editor-tested-products | Metro Tote |
| 1/5/17 | Style Spy: 14 Gym Bag Essentials | Delaware Today | http://www.delawaretoday.com/Delaware-Today/January-2017/Style-Spy-14-Gym-Bag-Essentials/ | Metro Tote |

| 1/3/17 | 8 Stylish Gym Bags You Can Carry Everywhere | Yahoo News | https://sg.news.yahoo.com/8-stylish-gym-bags-carry-230018971.html | Metro Tote |
|---|---|---|---|---|
| 1/2/17 | My Top 16 Purchases of 2016 | Haute Off the Rack | https://hauteofftherack.com/my-top-16-purchases-of-2016/ | Metro Backpack |
| Date not found | 12 Awesome Travel Bags for Every Trip | Food & Wine | https://www.foodandwine.com/fwx/slideshow/12-awesome-travel-bags-every-trip | Metro Backpack |
| Date not found | 8 Gym Bags for Every Type of Workout | Health | https://www.health.com/health/gallery/0,,20957733,00.html?slide=119388#119388 | Metro Tote |

25.     On occasion, bags bearing the MZ Wallace Trade Dress have been featured being carried by celebrities, such as Anne Hathaway, Daisy Ridley, and Lupita N'yongo.  Pl. Exs. 73, 74, 117, 120, 146.

26.     Some of the media coverage that MZ Wallace has received has specifically made mention of the distinctive nature of the MZ Wallace Trade Dress.

27.     For example, in June 2017, People Magazine noted that "Queen Maxima of the Netherlands is a big fan of MZ Wallace, an N.Y.C.-based brand famous for its quilted totes" and published a photo of Queen Maxima carrying a MZ Wallace Metro Tote.  Pl. Ex. 74 at MZW 4644.

28.     In October 2017, in an article about MZ Wallace's collaboration with artist Kerry James Marshall on a special edition Metro Tote, Essence Magazine noted that MZ Wallace is "known for its fierce and functional nylon quilted bags" and that the bags "can be spotted on the arms of well-dressed women (and men) near and far."  Pl. Ex. 87 at MZW4604.

29.     The Daily Mom blog featured the MZ Wallace Metro Tote as the perfect gift for the active mom, noting that MZ Wallace's bags were "meticulously crafted with their lightweight, durable and soft signature quilted oxford nylon."  Pl. Ex. 74 at MZW4617.

30.     On February 24, 2018, Travel + Leisure featured the Metro Tote in its roundup of the "15 Best Tote Bags For All Your Travel Needs" and noted that the "quilting adds a bit of signature flair."  Pl. Ex. 75 at MZW5039.

31.     In the August 2018 issue of Red Magazine, in a style favorites roundup entitled *The Fashion Influencer*, Oonagh Brennan, Red's Fashion Director, stated that she would be "checking out MZ Wallace for its chic quilted holdalls" in preparation for the summer.  Pl. Ex. 75 at MZW4854.

32.     Most recently, Entrepreneur noted directly in the title of its November 15th article that MZ Wallace's "Handbag Design Is Iconic."  Pl. Ex. 409.

STATE OF _____

COUNTY OF _____

SARAH BROACH

Sworn to before me this ___

day of November 2018

_____

Notary Public

DAVID LEVER
Notary Public, State of New York
No. 01LE6166345
Qualified in New York County
Commission Expires May 21, 2019